Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Sarah S. Mattingly (Ky. Bar 94257 – Admitted pro hac vice)
**DINSMORE & SHOHL LLP**
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: 859-425-1096
Facsimile: 502-585-2207
Sarah.mattingly@dinsmore.com

*Special Counsel to Richard A. Marshack,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor.<br><br>──────────────────<br><br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br>        Plaintiff,<br><br>    v.<br><br>JGW SOLUTIONS LLC,<br>        Defendant. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:23-cp-01148-SC<br><br>**JOINT STIPULATION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER** |

1

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

This Stipulation ("Stipulation") is entered into by and between Plaintiff Richard A. Marshack, the Chapter 11 Trustee ("Trustee" and/or "Plaintiff") for the bankruptcy estate ("Estate") of debtor The Litigation Practice Group PC ("Debtor" or "LPG") and liquidating trustee of the LPG Liquidation Trust in the above captioned bankruptcy and Defendant JGW Solutions, LLC ("JGW" and together with Trustee "Parties"), pursuant to LBR 7016-1(a)(5), hereby request that the Court modify the deadlines set forth in the previously entered scheduling order.

## RECITALS

1. The current dispositive motion deadline is November 18, 2024.

2. On July 29, 2024, Trustee served JGW with Interrogatories.

3. On August 27, 2024, JGW requested a two-week extension to respond to Trustee's Interrogatories due to illnesses within counsel's office.

4. The Parties submitted a Stipulation seeking to extend the fact discovery deadline to accommodate as the Parties have diligently and amicably worked together throughout discovery, and Trustee did not object to providing JGW with the extension to respond to the outstanding Interrogatories.

5. This Honorable Court agreed to extend the deadlines and entered the Stipulation submitted by the Parties.

6. The Trustee received JGW's responses to Trustee's Interrogatories on September 13, 2024.

6. The Trustee is currently preparing a Motion for Summary Judgment to be heard by this Honorable Court.

7. The Trustee's Motion for Summary Judgment will incorporate JGW's responses to Trustee's Interrogatories.

8. The Trustee is seeking additional time to evaluate and incorporate JGW's thorough responses to Trustee's Interrogatories into its Motion for Summary

Judgment. Because the current dispositive motion deadlines would not permit the Trustee to evaluate JGW's responses to Interrogatories and incorporate into its Motion for Summary Judgment within the deadline for dispositive motions to be heard, the Parties agreed to modify the existing deadlines in the previously entered Stipulation.

9. The Parties are not seeking to extend any other deadlines previously stipulated to.

WHEREFORE, the Parties stipulate as follows:

1. The dispositive motion deadline will be extended through and including December 13, 2024.

2. All other deadlines previously stipulated to among the Parties remain as calendared. Specifically,

    a. The pre-trial stipulation deadline is January 13, 2025;

    b. The pre-trial conference is February 5, 2025 at 11:00 a.m.

Dated: October 4, 2024    DINSMORE & SHOHL LLP

By: /s/ Sarah S. Mattingly
    Christopher B. Ghio
    Christopher Celentino
    Yosina M. Lissebeck
    Sarah S. Mattingly (pro hac vice)
*Special Counsel to Plaintiff Richard A. Marshack, the Chapter 11 Trustee for the bankruptcy estate of debtor The Litigation Practice Group PC and liquidating trustee of the LPG Liquidation Trust*

Dated: October 4, 2024

FLP LAW GROUP, LLP

By: /s/ _____
Marc A. Lieberman
Counsel for Defendant JGW Solutions, LLC

4